UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOSHUA MARTINEZ,                *

    Pro Se Petitioner,         *       Docket No: 3:03cr12 (AWT)

                                    *

V.                              *

                                    *

UNITED STATES OF AMERICA,       *

    Respondent.                *

---

**MOTION UNDER 18 U.S.C. § 3582(c)(2) FOR
MODIFICATION OR REDUCTION OF SENTENCE BASED UPON
AN INTERVENING POST-SENTENCE CHANGE IN THE
UNITED STATES SENTENCING GUIDELINES PERTAINING TO
COCAINE BASE "CRACK" OFFENSES (AMENDMENT 9)**

---

### BACKGROUND

1.) Pro Se Petitioner, Joshua Martinez pled guilty to Possession with Intent to Distribute Cocaine Base in violation of 21 U.S.C. § 841(A)(1) and (B)(1)(A).

2.) On September 16, 2003, Pro Se Petitioner was sentenced to a term of 120 months imprisonment and 5 years of supervised release before the Honorable Alvin W. Thompson.

3.) Pro Se Petitioner has **never** appealed his conviction and has been in custody since June 1, 2002.

4.) Pro Se Petitioner's total offense level was 26 and a criminal history category VI; the guideline imprisonment

range was 120 - 150 months.

5.) The Honorable Alvin W. Thompson sentenced Pro Se Petitioner to the "low end" of 120 months (the guidelines were not advisory at the time of sentencing).

### ELIGIBILITY FOR REDUCTION OF SENTENCE

Under 18 U.S.C. § 3582(c)(2), Pro Se Petitioner Joshua Martinez asks for a modification and/or reduction of his sentence based upon a revision of the United States Sentencing Guidelines. Amendment 706 (as amended by Amendment 711) amended the sentencing guidelines regarding crack cocaine effective November 1, 2007. U.S.S.G. App. C. Amends 706, 711. On December 11, 2007, the United States Sentencing Commission decided to retroactively reduce a defendant's sentence because it found that the crack guideline overpunished crack offenders and created an unwarranted disparity between them and other drug offenders. Based on this retroactivity, the statutory authority underlying it, and the Supreme Court's intervening decisions in United States v. Booker, 543 U.S. 220 (2005); Rita v. United States, 127 S.Ct. 2456 (2007); Gall v. United States, 128 S.Ct. 586 (2007); and Kimbrough v. United States, supra, Joshua Martinez brings this motion to reduce his sentence.

### RELIEF SOUGHT

In the present case, Pro Se Petitioner Joshua Martinez

2.

was sentenced to the "low end" of 120 months (offense level 26, criminal history category VI). Since the guidelines are now advisory and under amended § 1B1.10, Pro Se Petitioner asks the Court to reduce the offense level to 24 (criminal history category VI) with the "low end" of the guideline range being 100 months.

Due to Pro Se Petitioner's extensive rehabilitation in prison including participation in "PARENTING", "AEROBICS" and "NARCOTICS ANONYMOUS" and "VICTIM IMPACT" programs, as well as attending education classes in the hopes of obtaining his GED (see Exhibit A); Joshua Martinez asks this Court to grant this motion and resentence him to 100 months.

Respectfully Submitted

Signed this 28 day of March, 2008.

Joshua Martinez
Pro Se Petitioner
Reg. No. 14418-014
L.S.C.I. Allenwood
P.O. Box 1000
White Deer, PA 17887

3.

EXHIBIT A

```
   ALFPD           *        INMATE EDUCATION DATA       *     11-28-2006
   PAGE 001 OF 001 *             TRANSCRIPT             *       16:39:18

   REGISTER NO: 14418-014    NAME..: MARTINEZ              FUNC: PRT
   FORMAT.....: TRANSCRIPT   RSP OF: ALF-ALLENWOOD LOW FCI

   ---------------------------- EDUCATION INFORMATION ---------------------------
   FACL ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP DATE/TIME
   ALF  ESL HAS    ENGLISH PROFICIENT          12-04-2003 1021 CURRENT
   ALF  GED EN     ENROLL GED NON-PROMOTABLE   01-14-2004 1135 CURRENT
   ALF  GED SAT    GED PROGRESS SATISFACTORY   08-25-2004 1015 CURRENT

   ----------------------------- EDUCATION COURSES ------------------------------
   SUB-FACL    DESCRIPTION                START DATE  STOP DATE  EVNT AC LV   HRS
   ALF         GED 9:30-11:00 AM  ENGEL RM #2 05-10-2005 CURRENT
   ALF         RPP CONTINUNITY OF CARE/DISEAS 02-28-2006 CURRENT
   ALF         TRUCKING BUSINESS START-UP V   07-10-2006 09-11-2006  P  C  P   20
   ALF         RPP ALCOHOL&NARCOTICS ANNONYMO 08-12-2005 01-06-2006  P  C  P   30
   ALF         RPP JOB SEARCH SKILLS          03-21-2006 04-27-2006  P  C  P   24
   ALF         PARENTING (MTW, 12:30-3:30)    01-30-2006 03-23-2006  P  C  P   32
   ALF         RPP MAINTAIN CHECKBOOK         03-15-2006 03-15-2006  P  C  P    1
   ALF         RPP LIVING ON BUDGET/GRATUTIES 03-15-2006 03-15-2006  P  C  P    1
   ALF         RPP RELEASE/PROPERTY/SUPERVISI 03-15-2006 03-15-2006  P  C  P    1
   MCK         GED CLASSROOM 4,0730-0930, M-F 02-23-2004 12-17-2004  P  W  I  358
   MCK         RPP(6)-VICTIM IMPACT           06-14-2004 11-29-2004  P  C  P   60

   ------------------------------ HIGH TEST SCORES ------------------------------
   TEST         SUBTEST        SCORE    TEST DATE    TEST FACL   FORM      STATE
   ABLE         LANGUAGE       10.7     05-25-2005   ALF         E
                NUMBER OPR     10.5     05-25-2005   ALF         E
                PROB SOLV      13.0     05-25-2005   ALF         E
                READ COMP       9.4     05-25-2005   ALF         E
                SPELLING        6.2     02-12-2004   MCK         F
                VOCABULARY      6.2     02-12-2004   MCK         F
   GED PRAC     LIT/ARTS      410.0     01-26-2006   ALF         PC
                MATH          400.0     01-26-2006   ALF         PC
                SCIENCE       430.0     01-26-2006   ALF         PC
                SOC STUDY     490.0     01-26-2006   ALF         PC
                WRITING       460.0     01-26-2006   ALF         PC




   G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

## CERTIFICATE OF SERVICE

I, Joshua Martinez, hereby certify that I have sent a true and correct copy of the motion under 18 U.S.C. § 3582(c)(2) for modification or reduction of sentence to the addresses listed below by first class mail, postage prepaid:

U.S. Attorney's Office
450 Main Street
Hartford, CT 06103

Clerk of the Court
U.S. District Court
District of Connecticut
450 Main Street
Hartford, CT 06103

Respectfully,

*Joshua Martinez*
Joshua Martinez
Pro Se Petitioner
Reg. No. 14418-014
L.S.C.I. Allenwood
P.O. Box 1000
White Deer, PA 17887