```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT
```

------------------------------x
                              :
JOSHUA MARTINEZ                :
                              :
                              :
v.                            :       No. 3:03CR0012(AWT)
                              :
UNITED STATES OF AMERICA       :
                              :
------------------------------x

**ORDER RE DEFENDANT'S MOTION UNDER 18 U.S.C. § 3582(c)(2)**

The defendant has moved for a reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10 based on retroactive application of the guideline applicable to crack cocaine offenses.  However, at the time of sentencing, the court sentenced the defendant to the statutorily-required mandatory minimum sentence of 120 months.  Therefore, the defendant is ineligible for a reduced sentence under 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10 because the amendment does not lower the applicable guideline range.  See U.S.S.G. § 1B1.10, Application Note 1(A).

Accordingly, the Defendant's Motion Under 18 U.S.C. § 3582(c)(2) for Modification or Reduction of Sentence (Doc. No. 27) is hereby DENIED.

It is so ordered.

Dated this 29th day of April 2008 at Hartford, Connecticut.

                                   /s/AWT
                               Alvin W. Thompson
                           United States District Judge